UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| MARIE O'BRIEN, Administratrix of the Estate of Helen Tabor, deceased, and on behalf of the Wrongful Death Beneficiaries of Helen Tabor<br><br>  Plaintiff,<br>v.<br><br>ATRIUM CENTERS MANAGEMENT, LLC, ORION SALEM, LLC, AND ROBERT BRILEY<br><br>  Defendants, | CIVIL ACTION NO. 5:12-CV-98-R |

## NOTICE OF REMOVAL

Come Atrium Centers Management, LLC, Orion Salem, LLC, who has adopted the assumed name of Salem Springlake Health & Rehabilitation Center, and Robert Briley, by and through undersigned counsel, and respectfully file this Notice of Removal of state action 12-CI-00092 now pending in the Commonwealth of Kentucky, Livingston Circuit Court, to this United States District Court for the Western District of Kentucky, Paducah Division, and consistent with the provisions of 28 U.S.C.A. §1446, provide this "short and plain statement" of the grounds for removal:

1. The above-referenced state civil action was commenced by the filing of a Complaint by the Plaintiff, Marie O'Brien, Administratrix of the Estate of Helen Tabor, deceased, and on behalf of the Wrongful Death Beneficiaries of Helen Tabor, in the Commonwealth of Kentucky, Livingston County Circuit Court on or about June 14, 2012. Atrium Centers Management, LLC, Orion Salem, LLC, who has adopted the

assumed name of Salem Springlake Health & Rehabilitation Center, and Robert Briley ("Defendants") are the Defendants named in that Complaint. Orion Salem, LLC, was served with process on or about June 18, 2012. The Defendants timely Answered the Complaint on July 6, 2012.

2. In said action, the Plaintiff alleges that the Defendants provided negligent nursing home care and treatment to Helen Tabor and seeks compensatory and punitive monetary damages for injuries allegedly caused by Defendants' negligent acts or omissions.

3. Upon information and belief, Marie O'Brien is a citizen and domiciliary of the State of Indiana. At the time of her death, decedent, Helen Tabor was a citizen and domiciliary of the State of Indiana. In currently pending litigation, Plaintiff has argued that, at the time of her death, Helen Tabor was a citizen of the Commonwealth of Kentucky.

4. At all times relevant to this action to date, Defendant Atrium Centers Management, LLC, states that it is a citizen of Delaware, as it was organized under the laws of Delaware, a citizen of Ohio, as Ohio is the state where it has its principal place of business, and its sole member, Atrium Centers, Inc. is a citizen of Delaware, its place of incorporation, and Ohio, its principal place of business.

5. At all times relevant to this action to date, Defendant Orion Salem, LLC, who has adopted the assumed name of Salem Springlake Health & Rehabilitation Center, states that it is a citizen of Delaware, as it was organized under the laws of Delaware,

a citizen of Ohio, as Ohio is the state where it has its principal place of business, and its sole member is Orion Operating Services, LLC, whose sole member is Atrium Centers, Inc., a citizen of Delaware, its place of incorporation, and Ohio, its principal place of business.

6. At the time of commencement and removal of this action, Defendant Robert Briley is a citizen and domiciliary of the State of Ohio.

7. The matter in controversy set forth in the Complaint is monetary in character and, though unspecified, more likely than not exceeds the sum or value of seventy-five thousand dollars ($75,000), exclusive of interest and costs. Please see **Exhibit A**.

8. Under 28 U.S.C.A. §1332, the matter in controversy and the diversity of citizenship of the parties are sufficient to confer original jurisdiction over said action to the United States District Court for the Western District of Kentucky, Paducah Division.

9. As set forth herein, said action is a cause removable from the Livingston Circuit Court to the United States District Court for the Western District of Kentucky, Paducah Division, under the provisions of 28 U.S.C.A. §§1332, 1441, and 1446.

10. Copies of all process, pleadings, and orders served by and upon the Defendants in said action are filed herewith and attached hereto as Exhibit A, including a notice in compliance with 28 U.S.C.A. §1446(d) to the Livingston Circuit Court and all adverse parties of the filing of this Notice of Removal.

WHEREFORE, the Defendants notify this Honorable Court of the removal of said action from the Commonwealth of Kentucky, Livingston Circuit Court, to this Court and respectfully request that this Court make such orders in the future as it deems appropriate.

Respectfully submitted,

/s/ *Craig L. Johnson*
Craig L. Johnson
WHONSETLER & JOHNSON, PLLC
11901 Brinley Avenue
Louisville, KY 40243
Phone: (502) 895-2297
Fax: (502) 895-8764
johnson@whonsetler.com
*Counsel for Defendants, Atrium Centers Management, LLC, Orion Salem, LLC, and Robert Briley*

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 16, 2012**, a copy of the foregoing **NOTICE OF REMOVAL** was filed electronically through the ECF system and mailed to the following:

Jim McHugh, Esq.
Michael J. Fuller, Jr., Esq.
Amy Quezon, Esq.
McHUGH FULLER LAW GROUP
97 Elias Whiddon Road
Hattiesburg, MS 39402
*Counsel for Plaintiff*

Clerk, Livingston Circuit Court
Livingston County Justice Center
122 West Adair Street
Smithland, KY 42081


/s/ Craig L. Johnson
Craig L. Johnson, Esq.

4