# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

Marie O'Brien Individually and on Behalf
of the Wrongful Death beneficiaries
Of Helen Tabor, Deceased                                    **PLAINTIFF**

v.                                              Civil Action No. 5:12-cv-00098-TBR

Atrium Centers Management, LLC
Orion Salem, LLC and Robert Briley                          **DEFENDANTS**

## STIPULATION OF DISMISSAL

Comes now the parties, by and through undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, submit to the Court that they consent and hereby stipulate to the dismissal of this matter, with each party agreeing to bear its own costs. This dismissal has no effect as to the similarly styled *Marie O'Brien, et al v. Atrium Centers Management, LLC, et al*, Civil Action No. 5:11-cv-00203-TBR, which will continue unabated.

Respectfully submitted this the 7th day of August, 2012.

By: /s/ James McHugh (with permission)
James McHugh (KY 90448)
Michael J. Fuller, Jr. (KY 93574)
Amy Quezon (KY 92224)
**McHUGH FULLER LAW GROUP**
97 Elias Whiddon Rd.
Hattiesburg, MS 39402
Telephone: (601) 261-2220
Facsimile: (601) 261-2481
Attorney for Plaintiff

By: /s/ Craig L. Johnson
Craig L. Johnson, Esq.
**Whonsetler & Johnson, PLLC**
11901 Brinley Avenue
Louisville, KY 40243
(502) 895-2297
Attorney for Defendants